

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00288-CV

———————————————————

IN RE COREY FENTON, Relator

---

Original Proceeding
16th District Court of Denton County, Texas
Trial Court No. F22-3960-16

---

Before Womack, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus to Stay Proceedings and Compel Recusal" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Mandamus to Stay Proceedings and Compel Recusal" is denied.

Per Curiam

Delivered: June 23, 2025